IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MARIA GONZALEZ,
individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

PEPWEAR, LLC,
a Texas Limited Liability Company,

*Defendant*.

_____/

**CLASS ACTION**

**CASE NO 3:20-cv-00554-L**

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Maria Gonzalez pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Maria Gonzalez individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: May 22, 2020

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
*/s/ Angelica Gentile, Esq.*
Angelica Gentile,, Esq.
Texas Bar No. 24112322
agentile@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, Florida 33132
Telephone: 305-479-2299
*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

    Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: agentile@shamisgentile.com

By: /S/Angelica Gentile
ANGELICA GENTILE, ESQ.
Texas Bar No. 24112322

*Attorneys for Plaintiff, Maria Gonzalez and all others similarly situated.*